UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICHAEL MOI, an individual,<br><br>                Plaintiff,<br><br>      v.<br><br>CHIHULY STUDIO, INC., a Washington corporation; DALE CHIHULY, individually and as a married person; LESLIE CHIHULY, individually and as a married person,<br><br>                Defendants. | No. 2:17-cv-00853<br><br>DECLARATION OF HARRY H. SCHNEIDER, JR. IN SUPPORT OF DEFENDANTS' NOTICE OF REMOVAL |

Harry H. Schneider, Jr. states:

1. I am a partner in the law firm Perkins Coie LLP and lead counsel for defendants Chihuly, Inc., Dale Chihuly and Leslie Chihuly in this action. I make this declaration based on personal knowledge and I am competent to do so.

2. Attached hereto as **Exhibit 1** is a true and correct copy of the acceptance of service that I sent to Anne Bremner, counsel for Plaintiff, dated May 15, 2017.

/
/
/
/

SCHNEIDER DECLARATION ISO NOTICE OF
REMOVAL (No. 2:17-cv-00853) – 1

135690562.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

**I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.**

EXECUTED this 2nd day of June, 2017.

*s/Harry H. Schneider, Jr.*
Harry H. Schneider, Jr.

SCHNEIDER DECLARATION ISO NOTICE OF REMOVAL (No. 2:17-cv-00853) – 2

135690562.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

**CERTIFICATE OF SERVICE**

I certify that on June 2, 2017, I served the foregoing DECLARATION OF HARRY H. SCHNEIDER, JR. IN SUPPORT OF NOTICE OF REMOVAL on the following attorney(s) of record of record by the method(s) indicated:

| | |
|---|---|
| Anne Bremner<br>Frey Buck, P.S.<br>1200 Fifth Avenue<br>Suite 1900<br>Seattle, WA 98101<br>abremner@freybuck.com<br>206-486-8000 | ___ Via U.S. Mail, 1st Class, Postage Prepaid<br>_X_ Via Hand Delivery<br>___ Via Overnight Delivery<br>___ Via Facsimile<br>___ Via Email |

I certify under penalty of perjury that the foregoing is true and correct.

DATED this 2nd day of June, 2017.

        <u>s/ Harry H. Schneider, Jr., WSBA No. 9404</u>
        HSchneider@perkinscoie.com
        Perkins Coie LLP
        1201 Third Avenue, Suite 4900
        Seattle, WA 98101-3099

SCHNEIDER DECLARATION ISO NOTICE OF
REMOVAL (No. 2:17-cv-00853) – 3

135690562.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000