UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICHAEL MOI, an individual,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>CHIHULY STUDIO, INC., a Washington corporation; DALE CHIHULY, individually and as a married person; LESLIE CHIHULY, individually and as a married person,<br><br>　　　　　　　Defendants. | No. 2:17-cv-00853<br><br>DECLARATION OF HARRY H. SCHNEIDER, JR. IN SUPPORT OF MOTION TO FILE DOCUMENT UNDER SEAL (COMPLAINT) |

　　　　Harry H. Schneider, Jr. states:

　　　　1.　　I am a partner of the law firm Perkins Coie LLP and lead counsel for defendants Chihuly, Inc., Dale Chihuly, and Leslie Chihuly (collectively, "Defendants") in this action. I make this declaration based on personal knowledge about which I am competent to testify.

　　　　2.　　Plaintiff Michael Moi served Defendants with a Summons and Complaint on May 15, 2017. On information and belief, Plaintiff has not yet filed the Complaint in Superior Court.

　　　　3.　　Under Washington's Civil Rules for Superior Court, an action in state court is deemed commenced upon service *or* filing of the Complaint, whichever occurs first. CR 3(a); *accord* RCW 4.28.020. Accordingly, this action was commenced under Washington law on May

DECLARATION OF HARRY H. SCHNEIDER, JR. IN
SUPPORT OF MOTION TO FILE DOCUMENT
UNDER SEAL (No. 2:17-cv-00853) – 1

23641-0040/LEGAL135780999.2

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

15, 2017, even though Plaintiff had not yet filed the Complaint with the Superior Court of Washington for King County ("King County Superior Court").

4. Defendants elected to remove this action to federal court based on the presence of a federal question arising out of Plaintiff's claim of copyright ownership under the United States Copyright Law. In order to timely remove the action within 30 days of May 15, 2017, Defendants filed the Complaint along with their removal papers in King County Superior Court this morning, June 2, 2017. The Complaint was assigned King County Superior Court Cause No. 17-2-14150-0 SEA by the King County Superior Court Clerk's office.

5. At the time of filing the removal papers, Defendants also filed a motion to redact a small portion of the Complaint to be filed in the public court file and to seal the unredacted original Complaint. The purpose of the redaction is to protect certain information that may be considered confidential by third parties (also previously represented by Plaintiff's counsel) pursuant to a written agreement.

6. I will be contacting counsel for Plaintiff contemporaneously with the completion of the removal proceedings this morning to meet and confer regarding the need to file the document under seal, to discuss alternative redactions, and to explore other alternatives to sealing. It was not feasible or advisable to contact Plaintiff's counsel prior to removal of this action based on a genuine concern that Plaintiff might try to quickly amend the Complaint in order to redraft the allegations to try to avoid federal removal jurisdiction based on the presence of a federal question.

**I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.**

EXECUTED this 2nd day of June, 2017.

*s/Harry H. Schneider, Jr.*
Harry H. Schneider, Jr.

DECLARATION OF HARRY H. SCHNEIDER, JR. IN
SUPPORT OF MOTION TO FILE DOCUMENT
UNDER SEAL (No. 2:17-cv-00853) – 2

23641-0040/LEGAL135780999.2

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

# CERTIFICATE OF SERVICE

I certify that on June 2, 2017, I served the foregoing on the following attorney(s) of record of record by the method(s) indicated:

| | |
|---|---|
| Anne Bremner<br>Frey Buck, P.S.<br>1200 Fifth Avenue<br>Suite 1900<br>Seattle, WA 98101<br>Ph: (206) 486-8000<br>abremner@freybuck.com | ___ Via U.S. Mail, 1st Class, Postage Prepaid<br> X  Via Hand Delivery<br>___ Via Overnight Delivery<br>___ Via Facsimile<br>___ Via Email |

I certify under penalty of perjury that the foregoing is true and correct.

DATED this 2nd day of June, 2017.

s/ Harry H. Schneider, Jr., WSBA No. 9404
HSchneider@perkinscoie.com
Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099

DECLARATION OF HARRY H. SCHNEIDER, JR. IN
SUPPORT OF MOTION TO FILE DOCUMENT
UNDER SEAL (No. 2:17-cv-00853) – 3

23641-0040/LEGAL135780999.2

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000