THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICHAEL MOI, an individual,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>CHIHULY STUDIO, INC., a Washington corporation; DALE CHIHULY, individually and as a married person; LESLIE CHIHULY, individually and as a married person,<br><br>　　　　　　Defendants. | No. 2:17-cv-00853 RSL<br><br>[~~PROPOSED~~]<br><br>STIPULATED ORDER STAYING DISCOVERY AND WITHDRAWING OR RENOTING PENDING MOTIONS |
| CHIHULY, INC., a Washington corporation; DALE CHIHULY, individually,<br><br>　　　　　　Counterclaim-<br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>MICHAEL MOI, an individual,<br><br>　　　　　　Counterclaim-<br>　　　　　　Defendant. | |

The parties agree that a stay of discovery is appropriate pending a decision on Defendants' and Counterclaim Plaintiffs' Motion for Disqualification of Counsel (Dkt. No. 25, hereinafter "Motion for Disqualification"), and the parties further agree that a modest extension

ORDER STAYING DISCOVERY AND RENOTING
PENDING MOTIONS (NO. 2:17-CV-00853 RSL) – 1

23641-0040/136081322.1

of the deadlines for opposition and reply briefing is appropriate for both the Motion for Disqualification and the related Motion to Seal. Finding there is good cause to do so, the Court hereby ORDERS as follows:

1. The Defendants' and Counterclaim Plaintiffs' Motion to Extend Deadlines and Suspend Discovery Pending Resolution of Motion for Disqualification of Counsel. Dkt. No. 30, is hereby <u>withdrawn</u>;

2. The deadlines listed in the Court's June 15, 2017 Order Regarding Initial Disclosures, Joint Status Report, and Early Settlement (Dkt. No. 15), are extended pending the Court's resolution of the Motion for Disqualification. The Court shall issue a new Order Regarding Initial Disclosures, Joint Status Report and Early Settlement upon resolution of the Motion for Disqualification (the "New Scheduling Order."). Discovery shall be suspended pending issuance of the New Scheduling Order and compliance with the parties' subsequent Rule 26(f) conference.

3. The Motion to File Documents Under Seal (Motion for Disqualification of Counsel and Supporting Materials), Dkt. No. 19, is hereby re-noted to be heard by the Court on July 21, 2017, with the Plaintiff's opposition materials to be filed on or before July 12, 2017, and Defendants' reply materials to be filed on or before July 21, 2017.

4. The Motion for Disqualification is hereby re-noted to be heard by the Court on July 28, 2017, with the Plaintiff's opposition materials to be filed on or before July 17, 2017, and Defendants' reply materials to be filed on or before July 28, 2017.

**IT IS SO ORDERED.**

DATED this 6th day of July, 2017.

_____
Robert S. Lasnik
United States District Court Judge

ORDER STAYING DISCOVERY AND RENOTING
PENDING MOTIONS (NO. 2:17-CV-00853 RSL) – 2

s/ *Harry H. Schneider, Jr.*
Harry H. Schneider, Jr., WSBA No. 9404
HSchneider@perkinscoie.com
Susan E. Foster, WSBA No. 18030
SFoster@perkinscoie.com
William C. Rava, WSBA No. 29948
WRava@perkinscoie.com
**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone: 206.359.8000

*Attorneys for Defendants Chihuly, Inc.,*
*Dale Chihuly, and Leslie Chihuly and*
*Counterclaim-Plaintiffs Chihuly, Inc. and Dale Chihuly*

s/ *Anne Bremner*
Anne Bremner, WSBA No. 13269
Ted Buck, WSBA No. 22029
Evan Bariault, WSBA No. 42867
**Frey Buck, P.S.**
1200 Fifth Avenue
Suite 1900
Seattle, WA 98101
abremner@freybuck.com
tbuck@freybuck.com
ebariault@freybuck.com
206-486-8000

*Plaintiff and Counterclaim Defendant Michael Moi*

ORDER STAYING DISCOVERY AND RENOTING
PENDING MOTIONS (NO. 2:17-CV-00853 RSL) – 3

23641-0040/136081322.1