UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MICHAEL MOI,

                Plaintiff,

v.

CHIHULY STUDIO, INC., *et al.*,

                Defendants.

No. C17-0853RSL

ORDER GRANTING DEFENDANTS' MOTION TO SEAL (Dkt. # 19)

This matter comes before the Court on defendants' "Motion to File Document Under Seal (Motion for Disqualification of Counsel and Supporting Materials)." Dkt. # 19. Defendants request that the documents be shielded from public view because portions of them are subject to a confidentiality agreement. Defendants have provided unsealed, redacted versions of the materials the motion and supporting materials at Dkt. # 25-28. Plaintiff does not oppose the motion.

Having reviewed the underlying motion for disqualification of counsel and the remainder of the record, the motion to seal is GRANTED. Dkt. # 21-24 shall remain under seal.

Dated this 21st day of September, 2017.

                                        Robert S. Lasnik
                                        United States District Judge