UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MICHAEL MOI,

                Plaintiff,

      v.

CHIHULY STUDIO, INC., *et al.*,

                Defendants.

No. C17-0853RSL

ORDER GRANTING PLAINTIFF'S
MOTION TO SEAL (Dkt. # 39)

This matter comes before the Court on plaintiff's "Motion to File Documents Under Seal (Response to Motion for Disqualification of Counsel and Supporting Materials)." Dkt. # 39. Plaintiff requests that the documents be shielded from public view because portions of them are subject to a confidentiality agreement. Plaintiff has provided unsealed, redacted versions of the response and supporting materials at Dkt. # 44-45. Defendants do not oppose the motion.

Having reviewed the underlying motion for disqualification of counsel and the remainder of the record, the motion to seal is GRANTED. Dkt. # 40-41 shall remain under seal.

Dated this 21st day of September, 2017.

                          /s/ Robert S. Lasnik
                          Robert S. Lasnik
                          United States District Judge