UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MICHAEL MOI,

                            Plaintiff,                          No. C17-0853RSL

        v.                                                     ORDER GRANTING DEFENDANTS'
                                                               MOTION TO SEAL (Dkt. # 49)
CHIHULY STUDIO, INC., *et al.*,

                            Defendants.

        This matter comes before the Court on defendants' "Motion to File Document Under Seal
(Reply in Support of Motion for Disqualification of Counsel and Supporting Materials)." Dkt.
# 49. Defendants request that the reply and on exhibit be shielded from public view because
portions of them are subject to a confidentiality agreement. Defendants have provided an
unsealed, redacted version of the reply at Dkt. # 52. Plaintiff does not oppose the motion.

        Having reviewed the underlying motion for disqualification of counsel and the remainder
of the record, the motion to seal is GRANTED. Dkt. # 51 shall remain under seal.

        Dated this 21st day of September, 2017.

                                        _MM S Lasnik_____
                                        Robert S. Lasnik
                                        United States District Judge