# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

MICHAEL MOI,

    Plaintiff,

vs.

CHIHULY STUDIO, INC.., *et al.*,

    Defendants.

Cause No. C17-0853RSL

ORDER OF REFERENCE
Privilege Review in Civil Case

The Court hereby refers to United States Magistrate Judge James P. Donohue the above-captioned civil matter for a review of the files maintained by Anne Bremner and her law firm, Frey Buck, P.S., related to this litigation. The Court previously found that counsel had obtained defendants' privileged information while representing other clients, that the information was germane to issues raised in this litigation, and that the information could not be used to benefit Moi (who otherwise would not have had access to the privileged information) to the detriment of defendants. A review of counsel's litigation files is necessary to identify and remove any privileged material before the files are turned over to plaintiff's new counsel. The undersigned should not be involved in the review: Judge Donohue is authorized to finally resolve the privilege issues.

Anne Bremner and her law firm, Frey Buck, P.S., shall deliver the relevant litigation files to Judge Donohue's chambers for *in camera* review within seven days of the date of this Order.

ORDER OF REFERENCE

Dated this 11th day of January, 2018.

*Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER OF REFERENCE