# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

MICHAEL MOI,

    Plaintiff,

v.

CHIHULY STUDIO, INC., *et al.*,

    Defendants.

Case No. C17-853-RSL

ORDER DIRECTING MS. BREMNER AND MR. BEAUREGARD TO SUPPLEMENT THE RECORD

This matter comes before the Court on referral from the Honorable Robert S. Lasnik. Dkt. 65. Specifically, Judge Lasnik found that "a review of counsel's litigation files is necessary to identify and remove any privileged material before the files are turned over to plaintiff's new counsel," and authorized the undersigned "to finally resolve the privilege issues." *Id.*

The Court has carefully reviewed the entire case file *in camera*, as well as the parties' numerous submissions in this matter, and finds that further information from former counsel Ms. Bremner and new counsel Mr. Beauregard is needed to determine whether Judge Lasnik's October 25, 2017 Order Disqualifying Counsel fully resolved the privilege concerns expressed therein. Accordingly, the Court will direct several questions to Ms. Bremner and Mr. Beauregard by separate Order, which shall be filed under seal and sent to counsel on an *ex*

ORDER - 1

*parte* basis. Ms. Bremner and Mr. Beauregard shall fully and completely respond to the Court's questions via separate affidavits within **ten (10) days** of this Order, and shall file their affidavits with the Court under seal, available only to the Court. Any questions regarding this procedure should be directed to the deputy clerk Tim Farrell at Tim_Farrell@wawd.uscourts.gov or 206-370-8422.

DATED this 28th day of February, 2018.

JAMES P. DONOHUE
Chief United States Magistrate Judge

ORDER - 2