THE HONORABLE ROBERT S. LASNIK

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| MICHAEL MOI, an individual,<br><br>    Plaintiff,<br><br>    v.<br><br>CHIHULY STUDIO, INC., a Washington corporation; DALE CHIHULY, individually and as a married person; LESLIE CHIHULY, individually and as a married person,<br><br>    Defendants. | No. 2:17-cv-00853 RSL<br><br>JOINT MOTION TO EXTEND NON-TRIAL DEADLINES<br><br>NOTE ON MOTION CALENDAR:<br>October 31, 2018 |
| CHIHULY, INC., a Washington corporation; DALE CHIHULY, individually,<br><br>    Counterclaim-Plaintiffs,<br><br>    v.<br><br>MICHAEL MOI, an individual,<br><br>    Counterclaim-Defendant. | |

JOINT MOTION TO EXTEND NON-TRIAL
DEADLINES (NO. 2:17-CV-00853 RSL) – i

23641-0040/141816352.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

The parties jointly move the Court to extend two dates on the current case schedule (Dkt. #75) – the expert disclosure deadline and the discovery deadline – in order to allow the parties to complete the necessary fact and expert discovery in an orderly fashion. This request will not impact the trial date, the deadline for filing dispositive motions, or any other dates on the current case schedule.

This case involves a dispute over rights to and in thousands of artistic works created over a 15-year period. On the current case calendar, expert witness reports are due on November 7, 2018, discovery closes on January 6, 2019, summary judgment motions are due on February 5, 2019, and trial is set for May 6, 2018.

In support of their claims and defenses, the parties have exchanged written discovery, including conferring about and supplementing various written responses. The parties have also each produced documents in response to initial document production requests. Plaintiff Moi has propounded additional discovery requests, the responses to which are currently due in late November. Defendant Chihuly anticipates soon propounding additional discovery requests. The parties have communicated about deposition scheduling, although no depositions have yet taken place.

To allow the parties to complete the fact discovery necessary to allow their experts to complete their expert analyses and reports, the parties hereby respectfully request that the Court extend (1) the expert disclosure deadline, from November 7 to December 19, 2018 and (2) the discovery deadline, from January 6 to February 5, 2019. No other dates on the current case calendar would be impacted.

Good cause exists because, as shown above, the parties have demonstrated their diligence in pursuing the discovery required to support their claims and defenses, are cooperating with each other in that regard, and require only a modest extension of two deadlines, neither of which impact court filing or trial dates, in order to ensure sufficient time to complete fact and expert discovery.

JOINT MOTION TO EXTEND NON-TRIAL
DEADLINES (NO. 2:17-CV-00853 RSL) – 1

Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

23641-0040/141816352.1

RESPECTFULLY SUBMITTED this 31st day of October, 2018.

s/ Evan T. Fuller
Lincoln C. Beauregard, WSBA No. 32878
Evan T. Fuller, WSBA No. 48024
**CONNELLY LAW OFFICES**
2301 North 30th Street
Tacoma, WA 98403
Telephone: 253.593.5100
Facsimile: 253.593.0380

s/ William C. Rava
Harry H. Schneider, Jr., WSBA No. 9404
HSchneider@perkinscoie.com
Susan E. Foster, WSBA No. 18030
SFoster@perkinscoie.com
Will Rava, WSBA No. 29948
WRava@perkinscoie.com
**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000

Attorneys for Defendants Chihuly, Inc., Dale Chihuly, and Leslie Chihuly and Counterclaim-Plaintiffs Chihuly, Inc. and Dale Chihuly

## ORDER

It is so ordered.

DATED this 1st day of November 2018.

_____
Robert S. Lasnik
United States District Judge

JOINT MOTION TO EXTEND NON-TRIAL
DEADLINES (NO. 2:17-CV-00853 RSL) – 2

Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

23641-0040/141816352.1