THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICHAEL MOI, an individual,<br><br>        Plaintiff,<br><br>    v.<br><br>CHIHULY STUDIO, INC., a Washington corporation; DALE CHIHULY, individually and as a married person; LESLIE CHIHULY, individually and as a married person,<br><br>        Defendants.<br><br>CHIHULY INC., a Washington corporation; and DALE CHIHULY, individually,<br><br>        Counterclaim-Plaintiffs,<br><br>    v.<br><br>MICHAEL MOI, an individual,<br><br>        Counterclaim-Defendant | No. 2:17-cv-00853-RSL<br><br>DECLARATION OF IAN D. ROGERS IN SUPPORT OF DEFENDANTS' AND COUNTERCLAIM PLAINTIFFS' MOTION TO FILE DOCUMENTS UNDER SEAL (MOTION FOR PROTECTIVE ORDER AND SUPPORTING DOCUMENTS) |

Ian D. Rogers declares as follows:

---

DECLARATION OF IAN D. ROGERS ISO
MOTION TO FILE DOCUMENTS UNDER SEAL
(No. 2:17-cv-00853) – 1

LEGAL143091543.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

1. I am a lawyer of the law firm Perkins Coie LLP and counsel for defendants Chihuly, Inc., Dale Chihuly, and Leslie Chihuly (collectively, "Defendants") in this action. I make this declaration based on personal knowledge and I am competent to do so.

2. On January 23, 2019, I emailed counsel for Plaintiff, Lincoln Beauregard and Evan Fuller, to confer regarding ways to minimize the amount of information filed under seal in connection with Defendants' Motion for Protective Order. I advised that, consistent with this Court's prior orders, Chihuly intended to file under seal references to Chihuly's confidential business agreements, private third-party information, and a copy of a February 28, 2018 sealed *ex parte* order. I stated that, Chihuly did not see a way to avoid sealing of these materials, and asked if Plaintiff's counsel had any proposals for doing so. Plaintiff's counsel has not responded.

**I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.**

EXECUTED this 24th day of January, 2019.

*s/ Ian D. Rogers*
Ian D. Rogers

DECLARATION OF IAN D. ROGERS ISO
MOTION TO FILE DOCUMENTS UNDER SEAL
(No. 2:17-cv-00853) – 2

LEGAL143091543.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

# CERTIFICATE OF SERVICE

I certify that on January 24, 2019, I caused the foregoing to be served on the following attorney(s) of record by the method(s) indicated:

| | |
|---|---|
| Lincoln C. Beauregard<br>Evan T. Fuller<br>Connelly Law Offices<br>2301 North 30th Street<br>Tacoma, WA 98403<br>lincolnb@connelly-law.com<br>efuller@connelly-law.com | ___ Via U.S. Mail, 1st Class, Postage Prepaid<br>___ Via Hand Delivery<br>___ Via Overnight Delivery<br>___ Via Facsimile<br>_X_ Via ECF |

I certify under penalty of perjury that the foregoing is true and correct.

DATED this 24th day of January, 2019.

        s/ Ian D. Rogers
        IRogers@perkinscoie.com
        Perkins Coie LLP
        1201 Third Avenue, Suite 4900
        Seattle, WA 98101-3099

DECLARATION OF IAN D. ROGERS ISO
MOTION TO FILE DOCUMENTS UNDER SEAL
(No. 2:17-cv-00853) – 3

LEGAL143091543.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000