UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MICHAEL MOI,

                Plaintiff,

           v.

CHIHULY STUDIO, INC., *et al.*,

                Defendants.

No. C17-0853RSL

MINUTE ORDER

The following Minute Order is made and entered on the docket at the direction of the HONORABLE ROBERT S. LASNIK, UNITED STATES DISTRICT JUDGE:

On January 24, 2019, defendants filed a motion to seal documents related to a request for protective order in the above-captioned matter. Dkt. # 80. Non-dispositive motions are generally noted for consideration on the third Friday after filing pursuant to LCR 7(d)(3).[1] The Clerk of Court is therefore directed to renote Dkt. # 80 on the Court's calendar for Friday, February 8, 2019.

DATED this 25th day of January, 2019.

                                    /s/ Kerry Simonds
                                Kerry Simonds, Deputy Clerk to
                                the Honorable Robert S. Lasnik, Judge
                                (206) 370-8519

---

[1] The Local Civil Rules of this district were amended on December 4, 2018. Motions to seal are no longer covered by the second Friday provision of LCR 7(d)(2).

MINUTE ORDER