THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICHAEL MOI, an individual,<br><br>    Plaintiff,<br><br>v.<br><br>CHIHULY STUDIO, INC., a Washington corporation; DALE CHIHULY, individually and as a married person; LESLIE CHIHULY, individually and as a married person,<br><br>    Defendants. | No. 2:17-cv-00853-RSL<br><br>ORDER GRANTING DEFENDANTS' AND COUNTERCLAIM PLAINTIFFS' MOTION TO FILE DOCUMENTS UNDER SEAL |
| CHIHULY, INC., a Washington corporation; and DALE CHIHULY, individually,<br><br>    Counterclaim-Plaintiffs,<br><br>v.<br><br>MICHAEL MOI, an individual,<br><br>    Counterclaim-Defendant | |

This matter came before the Court on Defendants' Motion to File Documents Under Seal. Dkt. # 80. The motion is unopposed. Having considered the motion and all papers filed in support, the Court finds as follows:

ORDER GRANTING
MOTION TO FILE DOCUMENTS UNDER SEAL
(No. 2:17-cv-00853-RSL) – 1

1. The good cause standard applies to the sealing of the Motion for Protective Order because the motion is not dispositive; and

2. Good cause exists to seal the documents identified in the Motion to Seal.

The Motion to Seal is GRANTED. The following documents shall remain under seal:

- Motion for Protective Order (Dkt. # 84); and
- Exhibits A, B, C, and D to the Declaration of Harry H. Schneider, Jr. in Support of Motion for Protective Order (Dkt. # 85).

Publicly-available redacted versions of these documents are in the record at Dkt. # 82 and # 83.

Dated this 6th day of February, 2019.

*Robert S. Lasnik*
Robert S. Lasnik
United States District Judge