UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MICHAEL MOI,

    Plaintiff/Counterclaim Defendant,

v.

CHIHULY STUDIO, INC., *et al.*,

    Defendants/Counterclaim Plaintiffs.

No. C17-0853RSL

ORDER TO SHOW CAUSE

    This matter comes before the Court on defendants' "Motion to File Documents Under Seal (Moi's Responsive Filings)." Dkt. # 105. The issue of whether plaintiff is entitled to access (1) audio recordings containing defendants' attorney-client communications and (2) confidential settlement agreements between Chihuly and third parties is squarely before the Court in defendants' motion for protective order. Dkt. #84. Because the motion for protective order and supporting documents discuss these materials, they were filed under seal with redacted versions available for public viewing.

    Rather than respect defendants' request for relief and maintain the status quo until the Court has an opportunity to determine whether a protective order is appropriate, plaintiff publicly filed an untimely, piecemeal response that discloses the very information defendants seek to protect. Plaintiff refused defendants' request for corrective action, forcing defendants to file this motion to seal plaintiff's submissions. Plaintiff ultimately contacted the Clerk of Court and requested that some of the offending documents be sealed. Dkt. # 93-97. He promised to file redacted versions, but has not yet

ORDER TO SHOW CAUSE – 1

done so. Plaintiff's second declaration and a "praecipe", Dkt. # 104 and # 107, remain unsealed.

Plaintiff's public filing of the information at issue in the underlying motion for protective order was improper and unacceptable. The Clerk of Court is directed to seal Dkt. # 104 and # 107 and to maintain Dkt. # 93-97 under seal. Plaintiff shall:

- File redacted versions of Dkt. # 93-97, # 104, and # 107 by Monday, February 18, 2019;

- Refrain from any further public disclosures of the information defendants have identified as confidential unless and until disclosure is authorized by the Court in its ruling on the motion for protective order; and

- Show cause, on or before February 19, 2019, why sanctions should not be imposed against him in the amount of the reasonable fees and costs defendants incurred in its efforts to convince plaintiff to take corrective action and in filing this motion to seal.

The Clerk of Court is directed to note the Order to Show Cause on the Court's calendar for Friday, February 22, 2019. Defendants may file a reply on or before the note date.

If the information defendants have identified as confidential is utilized by either party in support of or response to defendant's pending motion for summary judgment, it shall be filed under seal.

Dated this 13th day of February, 2019.

*Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER TO SHOW CAUSE – 2