UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICHAEL MOI,<br><br>    Plaintiff/Counterclaim Defendant,<br><br>vs.<br><br>CHIHULY STUDIO, INC., *et al.,*<br><br>    Defendants/Counterclaim Plaintiffs. | NO. C17-853RSL<br><br>MINUTE ORDER |

The following Minute Order is made and entered on the docket at the direction of the HONORABLE ROBERT S. LASNIK, UNITED STATES DISTRICT JUDGE:

The trial date and any remaining pretrial deadlines are hereby STRICKEN pending the Court's ruling on the outstanding motions.

DATED this 10th day of April, 2019.

                                                    /s/Kerry Simonds
                                                  by Kerry Simonds, Deputy Clerk
                                                  To Robert S. Lasnik, Judge
                                                  206-370-8519

MINUTE ORDER