THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICHAEL MOI, an individual,<br><br>    Plaintiff,<br><br>  v.<br><br>CHIHULY STUDIO, INC., a Washington corporation; DALE CHIHULY, individually and as a married person; LESLIE CHIHULY, individually and as a married person,<br><br>    Defendants.<br><br>CHIHULY, INC., a Washington corporation; and DALE CHIHULY, individually,<br><br>    Counterclaim-Plaintiffs,<br><br>  v.<br><br>MICHAEL MOI, an individual,<br><br>    Counterclaim-Defendant | No. 2:17-cv-00853-RSL<br><br>ORDER GRANTING CHIHULY'S MOTION FOR EXTENSION OF TIME TO FILE MOTIONS TO EXCLUDE EXPERT TESTIMONY |

This matter came before the Court on Defendants' and Counterclaim Plaintiffs' Motion for Extension of Time to File Motions to Exclude Expert Testimony (the "Motion"). Having considered the Motion and all papers filed in support of and in response, and being fully advised

ORDER GRANTING
MOTION FOR EXTENSION OF TIME
(No. 2:17-cv-00853-RSL) – 1

in the premises, now, therefore, the Court GRANTS the Motion, extends the LCR 16(b)(4) filing deadline to April 8, and will consider the merits of the motions to exclude expert testimony.

Dated this 16th day of April, 2019.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

Presented by:

s/ Harry H. Schneider, Jr.
Harry H. Schneider, Jr., WSBA No. 9404
HSchneider@perkinscoie.com
William C. Rava, WSBA No. 29948
WRava@perkinscoie.com
Ian D. Rogers, WSBA No. 46584
IRogers@perkinscoie.com
**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000

Attorneys for Defendants Chihuly, Inc., Dale Chihuly and Leslie Chihuly and Counterclaim-Plaintiffs Chihuly, Inc. and Dale Chihuly

ORDER GRANTING
MOTION FOR EXTENSION OF TIME
(No. 2:17-cv-00853-RSL) – 2

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000