THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MICHAEL MOI, an individual,

    Plaintiff,

 v.

CHIHULY STUDIO, INC., a Washington corporation; DALE CHIHULY, individually and as a married person; LESLIE CHIHULY, individually and as a married person,

    Defendants.

CHIHULY, INC., a Washington corporation; and DALE CHIHULY, individually,

    Counterclaim-Plaintiffs,

 v.

MICHAEL MOI, an individual,

    Counterclaim-Defendant

No. 2:17-cv-00853-RSL

ORDER GRANTING DEFENDANTS' SECOND MOTION TO SEAL PLAINTIFF'S RESPONSIVE FILINGS

  This matter came before the Court on defendants' "Motion to Seal (Attachments to Moi's Opposition to Motion to Exclude Expert Testimony of Barbara Blades-Lines)." Dkt. # 158.

ORDER GRANTING DEFENDANTS' SECOND
MOTION TO SEAL PLAINTIFF'S RESPONSIVE
FILINGS – 1

Having considered the motion, plaintiff's response, and the underlying responsive documents, the Court finds as follows:

    1.    The good cause standard applies to the sealing of the exhibits at issue because the admissibility of expert testimony is not dispositive; and

    2.    Good cause exists to seal the exhibits.

The Motion to Seal is therefore GRANTED, and Dkt. #153 shall remain under seal. In response to counsel's rhetorical question (Dkt. #160 at 2), plaintiff is hereby advised that, if he intends to file documents that defendants have designated as confidential, he must file a motion to seal (thereby allowing the document to be sealed without prior court approval pending resolution of the seal issue): it will be defendants' burden to show in response that a seal is appropriate. LCR 5(g)(2) and (3).

    Dated this 29th day of May, 2019.

*[signature: M S Lasnik]*

    Robert S. Lasnik
    United States District Judge

ORDER GRANTING DEFENDANTS'
MOTION TO SEAL PLAINTIFF'S
RESPONSIVE FILINGS  – 2