THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MICHAEL MOI, an individual,

    Plaintiff,

  v.

CHIHULY STUDIO, INC., a Washington corporation; DALE CHIHULY, individually and as a married person; LESLIE CHIHULY, individually and as a married person,

    Defendants.

CHIHULY, INC., a Washington corporation; and DALE CHIHULY, individually,

    Counterclaim-Plaintiffs,

  v.

MICHAEL MOI, an individual,

    Counterclaim-Defendant

No. 2:17-cv-00853-RSL

ORDER GRANTING DEFENDANTS' MOTION TO SEAL SUPPLEMENTAL REPLY

This matter came before the Court on Defendants' "Motion to File Documents Under Seal (Supplemental Reply in Support of Motion for Protective Order)." Dkt. # 100. The motion

ORDER GRANTING DEFENDANTS'
MOTION TO SEAL SUPPLEMENTAL REPLY – 1

is unopposed. Having considered the motion and the underlying motion for protective order, the Court finds as follows:

1. The good cause standard applies to the sealing of the Supplement Reply because the motion for protective order is not dispositive; and

2. Good cause exists to seal the Supplemental Reply. Although mere mention of the existence of confidential agreements with third parties would not justify a seal, most of the information that has been redacted from the Supplemental Reply relates to attorney-client communications and/or the terms of the confidential agreements.

The Motion to Seal is GRANTED. The following document shall remain under seal until further order of the Court:

- Supplemental Reply (Dkt. # 102).

A publicly-available redacted version of this document is in the record at Dkt. # 101.

Dated this 20th day of June, 2019.

*Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER GRANTING
MOTION TO FILE DOCUMENTS UNDER SEAL – 2