1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MICHAEL MOI, an individual,

        Plaintiff,

    v.

CHIHULY STUDIO, INC., a Washington
corporation; DALE CHIHULY,
individually and as a married person;
LESLIE CHIHULY, individually and as a
married person,

        Defendants.

CHIHULY, INC., a Washington
corporation; and DALE CHIHULY,
individually,

        Counterclaim-
        Plaintiffs,

    v.

MICHAEL MOI, an individual,

        Counterclaim-
        Defendant

No. 2:17-cv-00853-RSL

ORDER GRANTING DEFENDANTS'
MOTION TO SEAL PLAINTIFF'S
RESPONSIVE FILINGS

       This matter came before the Court on defendants' "Motion to File Documents Under Seal
(Moi's Responsive Filings)." Dkt. # 105. Having considered the motion, plaintiff's response, and
the underlying responsive documents, the Court finds as follows:

1    1.    The good cause standard applies to the sealing of Moi's Responsive Filings
2  because the seal and protective order issues are not dispositive; and

3    2.    Good cause exists to seal the Responsive Filings. Although mere mention of the
4  existence of confidential agreements with third parties would not justify a seal, much of the
5  information that has been redacted from the Responsive Filings relates to the confidential terms
6  (or imagined terms) of the agreements.

8  The Motion to Seal is GRANTED. The following document shall remain under seal until further
9  order of the Court:

10    •    Response to Motion to Seal (Dkt. # 93);

11    •    Response to Motion for Protective Order (Dkt. #94);

12    •    Declaration of Lincoln C. Beauregard (Dkt. #95);

13    •    Declaration of Michael Moi (Dkt. #96);

14    •    Second Declaration of Michael Moi (Dkt. #104).

16  Publicly-available redacted versions of these documents are in the record at Dkt. # 112-15 and
17  # 125, respectively. The Clerk of Court is directed to unseal the Declaration of Doyle LaCount
18  (Dkt. # 97).

Dated this 20th day of June, 2019.

_MWr S Lasnik_
Robert S. Lasnik
United States District Judge