UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MICHAEL MOI,

                Plaintiff,

     v.

CHIHULY STUDIO, INC., *et al.*,

                Defendants.

No. C17-0853RSL

ORDER GRANTING DEFENDANTS'
MOTION FOR PROTECTIVE
ORDER

     This matter comes before the Court on defendants' "Motion for a Protective Order." Dkt. # 84 (a redacted, publicly available version is docketed at Dkt. # 82). Defendants refused to produce attorney-client communications and/or confidential settlement agreements to plaintiff during discovery and filed this motion for a protective order under Fed. R. Civ. P. 26(c). Having reviewed the papers submitted by the parties,[1] the Court finds that the attorney-client communications are privileged and that the settlement agreements are both irrelevant and inadmissible. The motion for protective order is GRANTED.

     Dated this 20th day of June, 2019.

                                    /s/ Robert S. Lasnik
                                    Robert S. Lasnik
                                    United States District Judge

---

[1] Plaintiff's untimely response has been considered.

ORDER GRANTING DEFENDANTS'
MOTION FOR PROTECTIVE ORDER