UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MICHAEL MOI,

        Plaintiff,

v.

CHIHULY STUDIO, INC., *et al.*,

        Defendants.

No. C17-0853RSL

ORDER DENYING DEFENDANTS' MOTIONS IN LIMINE AS MOOT

This matter comes before the Court on defendants' motions in limine. Dkt. # 134. Defendants seek to exclude evidence related to third-party claims, alleged defamatory statements, irrelevant personal information, discovery disputes, and any argument that defendants "infringed" the copyrights at issue. Because plaintiff's copyright and promissory estoppel claims have now been dismissed, there will be no evidence presented on those claims at trial. The motions in limine are therefore DENIED as moot.

Dated this 20th day of June, 2019.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER DENYING DEFENDANTS'
MOTIONS IN LIMINE AS MOOT