UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MICHAEL MOI,

    Plaintiff,

v.

CHIHULY STUDIO, INC., *et al.*,

    Defendants.

No. C17-0853RSL

ORDER DENYING DEFENDANTS' <u>DAUBERT</u> MOTIONS AS MOOT

This matter comes before the Court on defendants' motions to exclude the expert testimony of Erin Thompson (Dkt. # 137), Barbara Blades-Lines (Dkt. # 138), and Doyle LaCount (Dkt. # 139). All three witnesses were offered in support of plaintiff's copyright and promissory estoppel claims. Those claims have now been dismissed and will not be the subject of trial testimony. The motions to exclude the experts' testimony is therefore DENIED as moot.

Dated this 20th day of June, 2019.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge