UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MICHAEL MOI, individually,

                Plaintiff,

v.

CHIHULY STUDIO, INC., a Washington corporation, *et al*,

                Defendant.

NO. 17-CV-00853-RSL

**DECLARATION OF MICHAEL MOI IN RESPONSE TO MOTION FOR ORDER RE CHIHULY'S PRIVATE DOCUMENTS RETAINED BY PLAINTIFF**

NOTED ON MOTION CALENDAR: FRIDAY, AUGUST 16, 2019

MICHAEL MOI, being first duly sworn upon oath deposes and says

1. Well over three (3) or many more years before this lawsuit was filed, Dale knowingly gave me several different types of documents at a time when he indicated to me that he did not trust Leslie and Billy. He was paranoid that they were going to turn against him and he wanted to make sure that neither of them could use his shortcomings against him. He asked me to keep them for safekeeping because he trusted me as a friend.

2. I was a source of consistent support for Dale during this time. One example would be creating paintings when could not do so himself physically or mentally. Starting from the latter years, 2007-2014, I do not recall Dale physically participating in the painting

sessions I was present at. He would sporadically make brief appearances but did not actually paint nor did he provide any direction.

     3.     As previously stated, I participated in painting sessions well within the undisputed statute of limitations:

> **First Supplemental Answer – October 29, 2018**
>
> As Mr. Moi awaits supplemental discovery from the Defendants – and as he continues to conduct further investigation and research – the following dates are offered by way of example as listed painting sessions in which Mr. Moi contributed to and/or created Works – as defined herein:
>
> 08/02/14 Saturday morning to afternoon
> 10/25/14 Saturday evening
> 11/14/14 Friday evening late
[1]

The tolling agreement preserves the statute of limitation for most ever work created in 2014.[2] At summary judgment, the works of art from 2014 were fully inventoried:

> **2014:**
> 14.158
> 14.159
> 14.160
> 14.161
> 14.162
[3]

---

[1] Docket 92-1: Page 34 (Exhibit D to Declaration of Rava)
[2] Docket 92-1, Pages 1-5 (Exhibit A to Declaration of Rava)
[3] Docket 92-1, Page 31 (Exhibit D to Declaration of Rava)

DECLARATION OF MOI - 2 of 10

14.163
14.164
14.165
14.16
14.539
14.540
14.541
14.542
14.543
14.544
14.702
14.703
14.704
14.705
14.706
14.707
14.708
14.709
14.711
14.712
14.713
14.714
14.715

[4]

---

[4] Docket 92-1, Page 33

DECLARATION OF MOI - 3 of 10

**CONNELLY LAW OFFICES, PLLC**
2301 North 30th Street
Tacoma, WA  98403
(253) 593-5100 Phone - (253) 593-0380 Fax

4. I am very proud of the artwork that was created during that timeframe. It had been over seven (7) years at that time that I had last painted along-side Dale Chihuly. The creations (previously submitted as Docket 110: Exhibit 2) were a product of my own artistic experience as well as in conjunction with Billy O'Neill, Piper O'Neill and Damien Villarreal:



Piece Number: 14.705.d1
ID: 2390



Piece Number: 14.706.d1
ID: 10834

[5]



Piece Number: 14.541.d1
ID: 2338

Piece Number: 14.542.d1
ID: 7401

[6]

---

[5] Docket 110: Exhibit (Declaration of Beauregard)

[6] *Id.*

DECLARATION OF MOI - 4 of 10

CONNELLY LAW OFFICES, PLLC
2301 North 30th Street
Tacoma, WA 98403
(253) 593-5100 Phone - (253) 593-0380 Fax




[7]



[8]

---

[7] *Id.*

[8] *Id.*

DECLARATION OF MOI - 5 of 10

Piece Number: 14.711.d1

ID: 2399

[9]



Piece Number: 14.543.d1

ID: 6597



Piece Number: 14.544.d1

ID: 2341

[10]

---

[9] *Id.*

[10] *Id.*

DECLARATION OF MOI - 6 of 10



5. Furthermore, the Court indicated in the summary judgment Order that there was no evidence of the Pumpkin Series: "*Although plaintiff states that he conceived the idea for "the pumpkin series" and participated in their creation, he does not include any of the paintings from this series in the 285 works in which he claims ownership.*"[13] To the contrary,

---

[11] *Id.*

[12] *Id.*

[13] Docket 169, Page 4, Footnote 2

DECLARATION OF MOI - 7 of 10

Connelly Law Offices, PLLC
2301 North 30th Street
Tacoma, WA 98403
(253) 593-5100 Phone - (253) 593-0380 Fax

I had included copies of the images (which were taken off of the Chihuly Facebook page) in my declaration filed as Docket 109:



Images of the "Pumpkin" series used on Chihuly's Facebook page for posts in 2013, 2014, and 2015.

[14]

6.    These paintings are separate and distinct from any other painting series that was ever created and examples of that series were in evidence at the summary judgment phase. I was responsible for both formulating the ideas and creating several paintings that resulted in the creation of additional works of art over the following days. The Pumpkin Series looks nothing like the other paintings and were my own idea and works. Now, the paintings that were in the possession of the Chihulys have somehow disappeared.

7.    I always did and still do believe that Dale entrusting me during that time was a show of good faith by him; essentially assuring me that since he could trust me when he could not trust those closest to him, that I could trust that he was a man of his word as well. I believed that he would keep his promise to me that he would take care of me for all the painting work I did.

---

[14] Docket 109, Page 3 (Declaration of Moi on MSJ)

DECLARATION OF MOI - 8 of 10

CONNELLY LAW OFFICES, PLLC
2301 North 30th Street
Tacoma, WA 98403
(253) 593-5100 Phone - (253) 593-0380 Fax

8. Long ago, I provided all of the referenced "converted" documents to Anne Bremner. I no longer have the originals or copies of any of this information. I never authorized the use of the documents for purposes of any form of legal leverage.

**I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and accurate to the best of my knowledge.**

DATED this 12th day of August, 2019 at Seattle, WA.

*Michael Moi*
Michael Moi

DECLARATION OF MOI - 9 of 10

Connelly Law Offices, PLLC
2301 North 30th Street
Tacoma, WA 98403
(253) 593-5100 Phone - (253) 593-0380 Fax

1

## CERTIFICATE OF SERVICE

The undersigned hereby certifies under penalty of perjury under the laws of the State of Washington, that on the date noted below, a true and correct copy of the foregoing was delivered and/or transmitted in the manner(s) noted below:

| Harry H. Schneider, Jr., WSBA No. 9404<br>Susan E. Foster, WSBA No. 18030<br>Williams C. Rava, WSBA No. 29948<br>1201 Third Avenue, Suite 4900<br>Seattle, Washington 98101-3099<br>hschneider@perkinscoie.com<br>sfoster@perkinscoie.com<br>wrava@perkinscoie.com | [  ] Via Legal Messenger<br>[X] Via Email<br>[  ] Via Facsimile<br>[  ] Via U.S. Mail |
|---|---|

DATED this 12th day of August, 2019.

CONNELLY LAW OFFICES, PLLC

*Marla H. Folsom*
By_____
       Marla H. Folsom, Paralegal