THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICHAEL MOI, an individual,<br><br>    Plaintiff,<br><br> v.<br><br>CHIHULY STUDIO, INC., a Washington corporation; DALE CHIHULY, individually and as a married person; LESLIE CHIHULY, individually and as a married person,<br><br>    Defendants. | No. 2:17-cv-00853-RSL<br><br>CHIHULY DEFENDANTS' REPLY IN SUPPORT OF RULE 41(a)(2) REQUEST FOR ENTRY OF ORDER OF VOLUNTARY DISMISSAL OF COUNTERCLAIMS<br><br>**NOTE ON MOTION CALENDAR: FRIDAY, AUGUST 16, 2019** |
| CHIHULY INC., a Washington corporation; and DALE CHIHULY, individually,<br><br>    Counterclaim-Plaintiffs,<br><br> v.<br><br>MICHAEL MOI, an individual,<br><br>    Counterclaim-Defendant | |

CHIHULY DEFENDANTS' REPLY ISO RULE 41 REQUEST FOR ENTRY
OF ORDER OF VOLUNTARY DISMISSAL OF COUNTERCLAIMS
(No. 2:17-cv-00853-RSL)

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

LEGAL145343033.3

The Court should grant the Chihuly Defendants' Request for Entry of Order of Voluntary Dismissal of Counterclaims (Dkt # 183) and dismiss Chihuly's counterclaims without prejudice. Moi's "Partial Objection" (Dkt # 185)—which asserts without citation to authority or evidence that Chihuly's conversion claim "should be dismissed 'with prejudice' because the statute of limitations has elapsed"—is improper and meritless.

First, Moi's request for dismissal with prejudice is improper because Chihuly's Rule 41(a)(2) request is not an adjudication on the merits. "[A]n action may be dismissed at the plaintiff's request only by court order, on terms that the court considers proper," and "[u]nless the order states otherwise, a dismissal . . . is without prejudice." Fed. R. Civ. P. 41(a)(2). Such a voluntary dismissal is not an adjudication on the merits. *See Maxwell v. Heatherington*, No. 3:14-CV-00384-AC, 2014 WL 4631223, at *3 (D. Or. Sept. 12, 2014) ("[B]ecause Maxwell has exercised his right to voluntary dismissal, the court does not reach the merits of Maxwell's claims."). Moreover, Moi never sought dismissal of Chihuly's conversion claim on the merits, making his request for dismissal with prejudice improper and untimely.

Second, Moi's assertion that Chihuly's conversion claim is time-barred is mistaken. Chihuly filed and served its claim on June 2, 2017, within four months of learning of Moi's improper possession of the documents at issue. Dkt. # 3 ¶¶ 36-37. By filing and serving this counterclaim, Chihuly tolled the statute of limitations. *See Nearing v. Golden State Foods Corp.*, 114 Wn. 2d 817, 820, 792 P.2d 500, 502 (1990) ("[A]n action is tentatively commenced by service of a summons or the filing of a complaint and the statute of limitations is tolled pending filing of the summons and complaint within 90 days from the date of service."); RCW 4.16.170 ("For the purpose of tolling any statute of limitations an action shall be deemed commenced when the complaint is filed or summons is served whichever occurs first."); *Hammond v. Ortho-McNeil Pharm., Inc.*, No. C07-1876RAJ, 2015 WL 6550659, at *2–3 (W.D. Wash. Oct. 28, 2015) (noting that "plaintiff's filing of the complaint . . . would have tolled the

CHIHULY DEFENDANTS' REPLY ISO RULE 41 REQUEST FOR ENTRY OF ORDER OF VOLUNTARY DISMISSAL OF COUNTERCLAIMS
(No. 2:17-cv-00853-RSL) – 1
LEGAL145343033.3

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

limitations period if she had served defendant within 90 days"). Chihuly's conversion claim was, therefore, timely when filed and remains so.

For the foregoing reasons, the Court should GRANT Chihuly's Request for Entry of Voluntary Dismissal of Counterclaims and dismiss the claims without prejudice.

DATED: August 16, 2019

s/ Harry H. Schneider, Jr., WSBA No. 9404
HSchneider@perkinscoie.com
William C. Rava, WSBA No. 29948
WRava@perkinscoie.com
Ian D. Rogers, WSBA No. 46584
IRogers@perkinscoie.com
**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000

Attorneys for Defendants Chihuly, Inc., Dale Chihuly and Leslie Chihuly, and Counterclaim- Plaintiffs Chihuly, Inc. and Dale Chihuly

CHIHULY DEFENDANTS' REPLY ISO RULE 41 REQUEST FOR ENTRY OF ORDER OF VOLUNTARY DISMISSAL OF COUNTERCLAIMS
(No. 2:17-cv-00853-RSL) – 2
LEGAL145343033.3

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

# CERTIFICATE OF SERVICE

I certify that on August 16, 2019, I caused the foregoing to be served on the following attorney(s) of record by the method(s) indicated:

| | |
|---|---|
| Lincoln C. Beauregard | ___ Via U.S. Mail, 1st Class, Postage Prepaid |
| Evan T. Fuller | ___ Via Hand Delivery |
| Connelly Law Offices | ___ Via Overnight Delivery |
| 2301 North 30th Street | ___ Via Facsimile |
| Tacoma, WA 98403 | _X_ Via ECF |
| lincolnb@connelly-law.com | |
| efuller@connelly-law.com | |

I certify under penalty of perjury that the foregoing is true and correct.

DATED this 16th day of August, 2019.

        s/ Harry H. Schneider, Jr., WSBA No.5404
        HSchneider@perkinscoie.com
        Perkins Coie LLP
        1201 Third Avenue, Suite 4900
        Seattle, WA 98101-3099

CHIHULY DEFENDANTS' REPLY ISO RULE 41 REQUEST FOR ENTRY OF
ORDER OF VOLUNTARY DISMISSAL OF COUNTERCLAIMS
(No. 2:17-cv-00853-RSL) – 3
LEGAL145343033.3

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000