UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICHAEL MOI, an individual,<br><br>    Plaintiff,<br><br>    v.<br><br>CHIHULY STUDIO, INC., a Washington corporation; DALE CHIHULY, individually and as a married person; LESLIE CHIHULY, individually and as a married person,<br><br>    Defendants. | No. 2:17-cv-00853-RSL<br><br>RESPONSE TO DECLARATION OF ANNE M. BREMNER |
| CHIHULY INC., a Washington corporation; and DALE CHIHULY, individually,<br><br>    Counterclaim-Plaintiffs,<br><br>    v.<br><br>MICHAEL MOI, an individual,<br><br>    Counterclaim-Defendant | |

RESPONSE TO DECLARATION OF ANNE M. BREMNER
(No. 2:17-cv-00853-RSL)

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

145535673.1

1   While Chihuly disagrees with certain statements and characterizations in the two
2   recently-filed declarations (Dkt. ## 192 & 193), those declarations only confirm that the relief
3   requested by Chihuly's motion (Dkt. # 186) is both non-burdensome and appropriate in the
4   circumstances. Again, if the Court has any interest in assessing the probative value of the
5   documents with respect to the promissory estoppel issue, Chihuly can make the documents
6   available for review in camera.

DATED: August 29, 2019

*s/ William C. Rava,* WSBA No. 29948
HSchneider@perkinscoie.com
William C. Rava, WSBA No. 29948
WRava@perkinscoie.com
Ian D. Rogers, WSBA No. 46584
IRogers@perkinscoie.com
**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000

Attorneys for Defendants Chihuly, Inc.,
Dale Chihuly and Leslie Chihuly, and
Counterclaim- Plaintiffs Chihuly, Inc. and
Dale Chihuly

RESPONSE TO DECLARATION OF ANNE M. BREMNER
(No. 2:17-cv-00853-RSL) – 1

145535673.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

# CERTIFICATE OF SERVICE

I certify that on the date mentioned below, I caused the foregoing to be served on the following attorney(s) of record by the method(s) indicated:

| | |
|---|---|
| Lincoln C. Beauregard<br>Evan T. Fuller<br>Connelly Law Offices<br>2301 North 30th Street<br>Tacoma, WA 98403<br>lincolnb@connelly-law.com<br>efuller@connelly-law.com | ___ Via U.S. Mail<br>___ Via Hand Delivery<br>___ Via Overnight Delivery<br>___ Via Email<br>_X_ Via ECF |
| Anne M. Bremner<br>abremner@freybuck.com | ___ Via U.S. Mail<br>___ Via Hand Delivery<br>___ Via Overnight Delivery<br>_X_ Via Email<br>___ Via ECF |

I certify under penalty of perjury that the foregoing is true and correct.

DATED this 29th day of August, 2019.

*s/ William C. Rava*
William C. Rava, WSBA No. 29948
WRava@perkinscoie.com
**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099

RESPONSE TO DECLARATION OF ANNE M. BREMNER
(No. 2:17-cv-00853-RSL) – 2

145535673.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000