UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICHAEL MOI, an individual,<br><br>             Plaintiff,<br><br>   v.<br><br>CHIHULY STUDIO, INC., a Washington corporation; DALE CHIHULY, individually and as a married person; LESLIE CHIHULY, individually and as a married person,<br><br>             Defendants.<br><br>CHIHULY, INC., a Washington corporation; and DALE CHIHULY, individually,<br><br>             Counterclaim-Plaintiffs,<br><br>   v.<br><br>MICHAEL MOI, an individual,<br><br>             Counterclaim-Defendant | No. 2:17-cv-00853-RSL<br><br>ORDER GRANTING CHIHULY DEFENDANTS' RULE 41(a)(2) REQUEST FOR ENTRY OF ORDER OF VOLUNTARY DISMISSAL OF COUNTERCLAIMS |

      The Court, having considered Chihuly Defendants' Rule 41(a)(2) Request for Entry of Order of Voluntary Dismissal of Counterclaims, the materials filed in support and in opposition thereto, and being duly advised in the premises, it is hereby

ORDER – 1

ORDERED that the Request is hereby GRANTED and the Chihuly parties' counterclaims are hereby DISMISSED WITHOUT PREJUDICE.

Dated this 7th day of October, 2019.

*[signature]*
Robert S. Lasnik
United States District Court Judge

Presented by:

s/ Harry H. Schneider
Harry H. Schneider, WSBA No. 9404
HSchneider@perkinscoie.com
William C. Rava, WSBA No. 29948
WRava@perkinscoie.com
Ian D. Rogers, WSBA No. 46584
IRogers@perkinscoie.com
**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000

Attorneys for Defendants Chihuly, Inc., Dale Chihuly and Leslie Chihuly and Counterclaim-Plaintiffs Chihuly, Inc. and Dale Chihuly